HOWARD HERSHIPS
P.O. Box 190711
San Francisco, CA 94119
Telephone: (415) 216-8470

Plaintiff in PRO PER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>    Plaintiff,<br><br>vs.<br><br>FOSTER CITY POLICE OFFICER SEALY; FOSTER CITY; FOSTER CITY POLICE DEPT.; PALM AVENUE TOWING (DBA), LOS PRADOS TOWING and DOES 1 thru 30 inclusive,<br><br>    Defendants. | Case No. C 07 2425 JCS<br><br>**NOTICE OF DISMISSAL OF THE ACTION WITH PREJUDICE**<br>**[FRCP 41 (a) (1)]** |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff hereby dismisses the **entire action** with prejudice as to **ALL DEFENDANTS**, including but not limited to Officer Stephen Sealy, the City of Foster City, the Foster City Police Department, and Palm Avenue Motors, Inc sued as Palm Avenue Towing (DBA) and Los Prados Towing with each party to bear their own costs and attorney fees. This Dismissal encompasses all claims that have been, could have been, and/or are part of this case.

DATE: June 6, 2007

By: _/s/ Howard Herships_
Howard Herships
Plaintiff in PRO PER

---

NOTICE OF DISMISSAL OF THE ACTION WITH PREJUDICE; Case No. C 07 0425 JCS